IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Canon Inc., <br><br>  Plaintiff, <br><br> v. <br><br> Avigilon USA Corporation and Avigilon Corporation <br><br>  Defendants. | Case No. 3:17-cv-02733-N <br><br> **JURY TRIAL DEMANDED** |

# JOINT MEDIATION REPORT

On May 14, 2018, the parties met and engaged in a mediation before Hon. John C. Lifland at the JAMS facility in New York, NY. Both sides were represented by litigation counsel and a party representative. The parties were unable to resolve the case at the mediation.

1

Dated: June 4, 2018                                      Respectfully submitted,


By: */s/ John M. Jackson*                                By: */s/ Peter Snell*

John M. Jackson                                          Eric W. Pinker, P.C.
Texas State Bar No. 24002340                             State Bar No. 16016550
jjackson@jw.com                                          epinker@lynnllp.com
                                                         Christopher Schwegmann
**JACKSON WALKER, LLP**                                  State Bar No. 24051315
                                                         cjs@lynnllp.com
2323 Ross Avenue, Suite 600                              **LYNN PINKER COX & HURST, LLP**
Dallas, TX 75201                                         2100 Ross Avenue, Suite 2700
(214) 953-6000                                           Dallas, Texas 75201
(214) 953-5822 – Fax                                     Telephone:  214-981-3800
                                                         Fax:  214-981-3839

Joseph A. Calvaruso (*pro hac vice*)                     **MINTZ, LEVIN, COHN, FERRIS,**
jcalvaruso@orrick.com                                    **GLOVSKY AND POPEO PC**
Richard F. Martinelli (*pro hac vice*)                   Michael T. Renaud (admitted *pro hac vice*)
rmartinelli@orrick.com                                   mtrenaud@mintz.com
Tyler S. Miller (*pro hac vice*)                         One Financial Center
tmiller@orrick.com                                       Boston, MA 02110
                                                         Phone: (617) 542-6000
**ORRICK, HERRINGTON & SUTCLIFFE**                       Fax: (617) 542-2241
**LLP**
                                                         **MINTZ, LEVIN, COHN, FERRIS,**
51 West 52nd Street                                      **GLOVSKY AND POPEO PC**
New York, NY 10019-6142                                  Peter F. Snell (admitted *pro hac vice*)
(212) 506-5000                                           pfsnell@mintz.com
(212) 506-5151 – Fax                                     666 Third Avenue
                                                         New York, NY 10017
*Attorneys for Plaintiff Canon Inc.*                     Phone: (212) 935-3000
                                                         Fax: (212) 983-3115

                                                         *Attorneys for Defendants Avigilon USA*
                                                         *Corporation and Avigilon Corporation*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on this 4th day of June, 2018 in compliance with L.R. 5.1 and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

*/s/ John M. Jackson*
John M. Jackson
